```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 34106
   NORMAN YOUNG
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2735

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 09/14/2004 and was confirmed 12/09/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  42.81% from remaining funds.

   The case was paid in full 11/26/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
UNION ACCEPTANCE CORP    SECURED              143.08      2201.63         143.08
UNION ACCEPTANCE CORP    UNSECURED           6102.32         .00         2612.46
ROUNDUP FUNDING LLC      UNSECURED OTH        698.90         .00          299.28
LVNV FUNDING LLC         UNSECURED           2320.08         .00          993.25
RESURGENT ACQUISITION LL UNSECURED            522.11         .00          223.52
RESURGENT ACQUISITION LL UNSECURED               .00         .00             .00
ECAST SETTLEMENT CORP    UNSECURED           1384.32         .00          592.64
ECAST SETTLEMENT CORP    UNSECURED           2944.13         .00         1260.41
RESURGENT ACQUISITION LL UNSECURED           1666.92         .00          713.63
WILMINGTON SAVINGS FUND  UNSECURED            785.31         .00          336.20
ROUNDUP FUNDING LLC      UNSECURED            175.75         .00           75.24
ECAST SETTLEMENT CORP    UNSECURED           1211.68         .00          518.73
SST INC                  NOTICE ONLY    NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY        1,905.20                    1,905.20
TOM VAUGHN               TRUSTEE                                          724.73
DEBTOR REFUND            REFUND                                           280.00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 12,880.00

PRIORITY                                         .00
SECURED                                       143.08
    INTEREST                                2,201.63
UNSECURED                                   7,625.36
ADMINISTRATIVE                              1,905.20
TRUSTEE COMPENSATION                          724.73
DEBTOR REFUND                                 280.00
                        ---------------     ---------------
TOTALS                  12,880.00           12,880.00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 34106 NORMAN YOUNG
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/28/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE